No. 98–8985. EVANS *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–8990. GRAHAM *v.* QUICK. Ct. App. D. C. Certiorari denied.

No. 98–8995. THOMAS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–9010. MELENDEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9015. MORALES *v.* HENRY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9017. MALLARD *v.* FIELDS. C. A. 10th Cir. Certiorari denied.

No. 98–9020. SIMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–9022. WALKER *v.* COOPER ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–9029. LUMBEF *v.* ARDEN FAIR APARTMENTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9032. LUMBEF *v.* STANFORD MEDICAL GROUP ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9033. MIDDLETON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–9034. JACKSON *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 98–9051. PADAVICH *v.* THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 98–9053. BARRETT *v.* DALKON SHIELD CLAIMANTS TRUST. C. A. 4th Cir. Certiorari denied.

No. 98–9059. BURCKHALTER *v.* TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.